Ernest Dewayne LEMONS v. STATE of Arkansas

CR 91-108                                     808 S.W.2d 778

Supreme Court of Arkansas
Opinion delivered May 20, 1991

*Daniel D. Becker*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Pamela Rumpz*, Asst. Att'y Gen., for appellee.

PER CURIAM. We grant appellant's motion to supplement record and to revise briefs subject to the parties briefing the issues as to whether supplementation of record is proper in this case, and if so, how such additional record (and evidence introduced at the jury proceeding on March 28, 1991) should affect the revocation decision now submitted in this appeal.

We deny appellant's motion for review of appeal bond.